UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated,

                               Plaintiff,

-against-

NOVARTIS PHARMACEUTICALS CORPORATION, et al.,

                              Defendants.

Case No. 1:18-cv-05708

---

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Evan R. Chesler, of the law firm Cravath, Swaine & Moore LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel of record for Defendants Novartis Pharmaceuticals Corporation and Novartis Corporation in the above-captioned action.

Dated: July 13, 2018

                              Respectfully Submitted,

                              CRAVATH, SWAINE & MOORE LLP,

                              by

                                  */s/ Evan R. Chesler*
                                   Evan R. Chesler
                                   Member of the Firm

                              Worldwide Plaza
                              825 Eighth Avenue
                              New York, NY 10019
                              (212) 474-1000
                              echesler@cravath.com

                              *Attorneys for Novartis Pharmaceuticals*
                              *Corporation and Novartis Corporation*